Case 1:07-cv-10551-DAB-RLE   Document 31   Filed 08/05/09   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-5-09
```

FRANCISCO LOZADA,

                Plaintiff,

- against -

THOMAS DEKOKER, et al.,

                Defendants.

ORDER

07 Civ. 10551 (DAB) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a motion by pro se plaintiff Francisco Lozada for a conference to resolve outstanding discovery issues,

**IT IS HEREBY ORDERED THAT** the Parties **SHALL** appear before the Court for a telephonic conference on **September 2, 2009, at 10:30 a.m.** This resolves docket entry number 29.

SO ORDERED this 5th day of August 2009
New York, New York

The Honorable Ronald L. Ellis
United States Magistrate Judge